CHARLES H. MCCARTHY v. CHARLES W. CULKIN, as Sheriff of New York County. — Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of HARRY EISMAN, a Child under Sixteen Years of Age.— Motion granted so far as to provide that the time of the appellant within which to serve and file the record on appeal and the appellant's points is extended to and including December 6, 1929, with notice of argument for January 7, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LAWYERS MORTGAGE COMPANY v. BROADWAY-196TH STREET CORPORATION and Others, Impleaded with RUTH J. DAVIS.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MORTIMER ELLIOTT.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH LESSER.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB GOODMAN v. CLIFFORD SCHNEIDER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PERICLES GIANOPOULOS v. LOUIS REGEPIS.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES L. ANDREWS and H. ALSTON JEFFERS, as Partners, etc., Respondents, v. FLORENCE L. SCHEPP and Others, as Executors, etc., of the Estate of LEOPOLD SCHEPP, Deceased, and L. SCHEPP COMPANY, Appellants.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ninety days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IKE GOODMAN, Appellant, v. HARRY GOODMAN, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BININGER & GREENE, INC., Respondent, v. CONSTITUTION INDEMNITY COMPANY OF PHILADELPHIA, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of AMBERG SCHWAB & Co., INC., Respondent, for an Order Directing that Arbitration Proceed between Petitioner and SAMUEL TENENBAUM and HENRY S. TENENBAUM, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HAROLD M. LEVAN, Respondent, v. LOUIS FRANKEL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARTHUR A. GERLING, Respondent, v. CHARLES J. WILLIAMSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.